PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation
Supervised Release
Prior to Original Expiration Date

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 21 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# United States District Court
## FOR THE

### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.                                                                Crim. No. 10CR8072-001-PCT-MEA

MEGHAN MARIE ESTES

On 4/20/2010 the above named was placed on probation for a period of two years. She has complied with the rules and regulations of probation and is no longer in need of probation. It is accordingly recommended that she be discharged from probation.

Respectfully submitted,

Matt Cary
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 21ST day of April, 2011.

The Honorable Mark E. Aspey
United States Magistrate Judge